BARASCH v. RIEMER et al.

(Supreme Court, Appellate Term.  June 5, 1908.)

ASSOCIATIONS—ACTIONS AGAINST MEMBERS—BURDEN OF PROOF.
   Where an action is brought against the individual members of an un-
incorporated association after a judgment in an action against the presi-
dent thereof and the return of an execution unsatisfied, plaintiff must
allege and prove, not only the original judgment and the return of execu-
tion unsatisfied, but facts sufficient to make out the original cause of ac-
tion against the association; and, where the liability of the association
is founded on a written instrument signed by an individual and bearing
the seal of the association, plaintiff must show that such individual was
authorized to sign the instrument and bind the association, on the au-
thority of such person being questioned.

Appeal from Municipal Court, Borough of Manhattan, Fourth Dis-
trict.

Action by Isaac Barasch against Joseph Riemer and others.  From
a judgment of the Municipal Court in favor of plaintiff, defendants
appeal.  Reversed, and new trial ordered.

Argued before GILDERSLEEVE, P. J., and DAYTON and GER-
ARD, JJ.

S. C. Sugarman, for appellants.
Louis Levene, for respondent.

PER CURIAM.  Plaintiff brought an action upon a judgment ob-
tained against an unincorporated association in which defendants were
members.  The judgment was obtained in an action brought against
the president of the association.  Subsequently, after the return of
execution unsatisfied, this present action was brought against four
of the members of the said society, none of whom were parties to
the previous action.  The action was brought on a writing, signed
by the president of the society, as follows:

"New York, June 5, 1905.
   "Erste Foltichener Roum.  Am. Kupp.  Pay to the order of Isaac Barasch
one hundred and fifteen dollars ($115) out of our treasury.
                                        "[Signed] Abraham Donner."

The instrument bore the seal of the society.  The plaintiff did not
prove that Donner was authorized to sign this instrument and bind
the society.  The plaintiff was sufficiently apprised at the trial that the
defendant raised this question.  Where an action is brought against
the individual members of an unincorporated association, plaintiff
must allege and prove, besides the original judgment and the issuance
and the return of execution unsatisfied, such facts as are sufficient
to make out the original cause of action against the association.  Al-
len v. Clark, 65 Barb. 563; Witherhead v. Allen, *42 N. Y. 562;
Peckner v. Webb, 35 Misc. Rep. 291, 71 N. Y. Supp. 768.

Judgment reversed, and new trial ordered, with costs to appellant
to abide the event.